■ In the Matter of ROSEMARY CHINYE OKOLIE TORIOLA, Petitioner, v TIMOTHY J. FLAHERTY, Respondent. [932 NYS2d 907]—

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner has failed to demonstrate a clear

legal right to the relief sought. Rivera, J.P., Florio, Dickerson and Roman, JJ., concur.